**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN COLE ONSTAD                                                                                    PLAINTIFF
ADC #128493

V.                                        NO: 2:13CV00080 SWW/HDY

RAY HOBBS *et al.*                                                                                  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a preliminary injunction and temporary restraining order (docket entry #4) is DENIED.

DATED this 8th day of July, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE