**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN COLE ONSTAD                                                                                       PLAINTIFF
ADC #128493

V.                                              NO: 2:13CV00080 SWW/HDY

RAY HOBBS *et al.*                                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to certify this case as a class action (docket entry #33) is DENIED.

2. Plaintiff's motion for appointment of counsel to pursue a class action (docket entry #34) is DENIED.

DATED this 30th day of December, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE