**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN COLE ONSTAD                                                                                          PLAINTIFF
ADC #128493

V.                                          NO: 2:13CV00080 SWW/HDY

RAY HOBBS *et al.*                                                                                      DEFENDANTS

**ORDER**

Plaintiff, an inmate at the East Arkansas Regional Unit of the Arkansas Department of Correction ("ADC"), has filed a notice of appeal with the United States Court of Appeals, Eighth Circuit, and has requested leave to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915 (docket entries #53 & #55). Although Plaintiff provided no trust account information with his current *in forma pauperis* motion, he previously provided such information (docket entry #22). Reading Plaintiff's current motion in concert with the information he has previously provided, Plaintiff has submitted a declaration that makes the showing required by § 1915(a), and the request for leave to proceed *in forma pauperis* will therefore be granted.

According to 28 U.S.C. § 1915(b)(1), Plaintiff is required to pay the statutory filing and docketing fees of $455.00 for this appeal. Based on information Plaintiff has provided, an initial partial filing fee of $5.07 is assessed by this order. Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his trust account each time the amount in the account exceeds $10.00. The Director of the ADC is required to send to the Clerk of the Court the initial partial filing fee, and thereafter payments from Plaintiff's prison trust account, each time the amount in the account exceeds $10.00, until the statutory filing and docketing fees of $455.00 are paid in full. 28

U.S.C. § 1915(b)(2).

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for leave to appeal *in forma pauperis* (docket entry #55), is GRANTED.

2. The Director of the ADC, or his designee, shall collect from Plaintiff's prison trust account an initial partial filing fee in the amount of $5.07, and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the name and number assigned to this action.

3. Thereafter, the Director of the ADC, or his designee, or any future custodian, shall collect from Plaintiff's prison trust account the $449.93 balance of the filing and docketing fees by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

4. The Clerk of the Court is directed to send a copy of this order to: (1) the Warden of the East Arkansas Regional Unit, P.O. Box 180, Brickeys, AR 72320-0180; (2) the ADC Trust Fund Centralized Banking Office, Post Office Box 8908, Pine Bluff, Arkansas, 71611; and (3) the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612-0550.

DATED this 23rd day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE