**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN COLE ONSTAD                                                                                PLAINTIFF
ADC #128493

V.                                          NO: 2:13CV00080 SWW

RAY HOBBS *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the relevant record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for partial summary judgment (docket entry #69) is DENIED.

2. Defendants' motion for partial summary judgment (docket entry #99), and their motions for summary judgment (docket entries #116 & #122) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

3. Plaintiff's motion to compel (docket entry #105) is DENIED.

4. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of May, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE