**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ALAN COLE ONSTAD                                                                                         PLAINTIFF
ADC #128493

V.                                         NO: 2:13CV00080 SWW

RAY HOBBS *et al.*                                                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of May, 2014.

*/s/Susan Webber Wright*
UNITED STATES DISTRICT JUDGE